IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

IN RE:

DYREANGELIZ MELENDEZ TORRES

DEBETOR(S)

CASE NO. 20-04127 MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED PLAN

TO THE HONORABLE COURT:

Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(S) and PRAY(S):

Debtor is filing an Amended Plan in this case that increases the base and provides for the treatment of First Bank POC 4

Wherefore, debtor requests:

1- that this Honorable Court be informed accordingly

2- that an order confirming the plan be entered

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk=s office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

NOTICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, today December 23, 2020.

*/s/ JOSE A. LEON LANDRAU, ESQ.*

JOSE A. LEON LANDRAU (131506)
Attorney for Debtor
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax:(787) 744-4544

12/23/20 12:16PM

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| In Re: | Case No.: **20-04127** |
|---|---|
| **DYREANGELIZ MELENDEZ TORRES** | Chapter 13 |
| xxx-xx-6788 | ☑ Check if this is a pre-confirmation amended plan |
| | ☐ Check if this is a post confirmation amended plan |
| **Puerto Rico Local Form G** | Proposed by: |
| | ☐ Debtor(s) |
| | ☐ Trustee |
| | ☐ Unsecured creditor(s) |
| **Chapter 13 Plan dated** December 23, 2020 . | If this is an amended plan, list below the sections of the plan that have been changed. |
| | 2.1 TO INCREASE THE BASE |
| | 8.3 PROVIDE FOR POC 4 |

## PART 1: Notices

| To Debtor(s): | This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. |
|---|---|
| | *In the following notice to creditors, you must check each box that applies* |
| To Creditors: | **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.** |

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

2.1   **Debtor(s) will make payments to the trustee as follows:**

| Debtor | **DYREANGELIZ MELENDEZ TORRES** | | Case number | **20-04127** |

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $100.00 | Months **1** through **35** | $3,500.00 | |
| $150.00 | Months **36** through **43** | $1,200.00 | |
| Subtotals | **43** Months | $4,700.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
☑ **None***. If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance**.

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of creditor** | **Collateral** |
|---|---|
| **VAPR FEDERAL CREDIT UNION** | **VAPR FEDERAL CREDIT - SHARES** |

Debtor **DYREANGELIZ MELENDEZ TORRES**     Case number **20-04127**

*Insert additional claims as needed.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☐ Payments pursuant to 11 USC §1326(a)(1)(C):

*Name of secured creditor*     *$ Amount of APMP*     *Comments*

**-NONE-**

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

*Check one.*

☑ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

Attorney's fees paid pre-petition: $ **300.00**
Balance of attorney's fees to be paid under this plan are estimated to be: $ **3,700.00**
If this is a post-confirmation amended plan, estimated attorney's fees: $

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**
*Check one.*

Puerto Rico Local Form G (LBF-G)     Chapter 13 Plan     Page 3

| Debtor | **DYREANGELIZ MELENDEZ TORRES** | Case number | **20-04127** |
|---|---|---|---|

☑ **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐ The sum of $ ____.
☐ ____% of the total amount of these claims, an estimated payment of $____.
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☐ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $____.

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3 Other separately classified nonpriority unsecured claims.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1 Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☑ Plan confirmation.
☐ Entry of discharge.
☐ Other: _____

**7.2 Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)

| Debtor | DYREANGELIZ MELENDEZ TORRES | Case number | 20-04127 |
|---|---|---|---|

    6. Distribution on Unsecured Claims (Part 5, Section 5.3)
    7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1**     **Check "None" or list the nonstandard plan provisions**
      ☐   **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

**8.2 LBF-G, Part 2, section 2.3:Income Tax Refunds to be used to fund the Plan**

**Tax refunds will be devoted, as periodic payments, to fund the plan's completion. The tender of such payments shall deem the plan modified by such amount increasing the base without the need of further notice, hearing or court Order. Any partial or total use of such refund will require authorization of the Court.**

**8.3 FIRST BANK AUTO LOAN- POC 4**

**DEBTOR IS CODEBTOR OF FIRST BANK'S AUTO LOAN OWNED BY A THIRD PARTY. THIS CLAIM IS TREATED AS UNSECURED. THIS LOAN IS BEING PAID BY A THIRD PARTY SINCE ITS INCEPTION. NO DISBURMENT WILL BE MAKE TO THIS CREDITOR WITHOUT PREJUDICE OF CREDITOR FILING AN UNSECURED CLAIM FOR ANY DEFICIENCY.**

*Insert additional lines as needed.*

## PART 9: Signature(s)

| /s/ JOSÉ Á. LEÓN LANDRAU | Date | December 23, 2020 |
|---|---|---|
| JOSÉ Á. LEÓN LANDRAU 131506 | | |
| Signature of Attorney of Debtor(s) | | |

| /s/ DYREANGELIZ MELENDEZ TORRES | Date | December 23, 2020 |
|---|---|---|
| DYREANGELIZ MELENDEZ TORRES | | |

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

DYREANGELIZ MELENDEZ TORRES
SANTA JUANA II
CALLE 11 K-15
CAGUAS, PR 00725

PLANET FITNESS
40 AVE. GAUTIER BENITEZ
CAGUAS, PR 00725

JOSÉ Á. LEÓN LANDRAU
LEÓN LANDRAU, C.P.
PO BOX 1687
CAGUAS, PR 00726

RODRIGUEZ FERNANDEZ LAW OFFICES, P.S.C.
PO BOX 71418
SAN JUAN, PR 00936

AEE
PO BOX 363508
SAN JUAN, PR 00936-3508

SPRINT
PO BOX 54977
LOS ANGELES, CA 90054-0977

COOP LAS PIEDRAS
APARTADO 414
LAS PIEDRAS, PR 00771

TRANSWORLD SYSTEMS INC
PO BOX 15618 DEPT.940
WILMINGTON, DE 19850-5618

DISCOVER FINANCIAL SERVICES
PO BOX 6103
CAROL STREAM, IL 60197-6103

VAPR FEDERAL CREDIT UNION
PO BOX 33017
SAN JUAN, PR 00933

DISH
PO BOX 9033
LITTLETON, CO 80160

FIRST BANK
P.O. BOX 9146
SAN JUAN, PR 00908-0146

HCOA FITNESS
PO BOX 527266
MIAMI, FL 33152

ISLAND FINANCE
207 PONCE DE LEON AVE
SAN JUAN, PR 00917